THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NARDINO NICOTRI, Appellant.— Judgment of conviction by the Court of Special Sessions affirmed. No opinion. Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN WIEROSKI, Relator, v. ARNOLD B. MACSTAY, as Commissioner of the Department of Street Cleaning of the City of New York, Respondent.— Determination confirmed and writ dismissed, with fifty dollars costs and disbursements. No case is presented calling for interference with the commissioner's findings of fact, especially in view of the delay in presenting this matter to the court until four years and six months after relator's dismissal, and over two years since the determination of the mistaken mandamus proceedings. Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ., concur.

JULIA B. REGENHARD, as Administratrix, etc., of FRANK REGENHARD, Deceased, Respondent, v. ALEXANDER L. LOURIA, Appellant.— Appeal dismissed, without costs. Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concur.

ARTHUR F. RILEY, an Infant, by ELEANOR D. RILEY, His Guardian ad Litem, Respondent, v. THE STANDARD OIL COMPANY OF NEW YORK, Appellant.— Judgment and order unanimously affirmed, with costs, on the authority of *Riley v. Standard Oil Co.* (231 N. Y. 301). Present — Blackmar, P. J., Putnam, Kelly, Jaycox and Manning, JJ.

ELIZABETH RUDDY, as Administratrix, etc., of LEO RUDDY, Deceased, Appellant, v. MORSE DRY DOCK AND REPAIR COMPANY, Respondent. (Appeal No. 2.) — Order reversed, with ten dollars costs and disbursements (See *People ex rel. Mulligan* v. *Collis*, 8 App. Div. 618), upon the ground that, while those papers were mistakenly inserted in the appeal record upon the other appeal, and have no proper place therein, the court at Special Term had no power to make an order striking them out, as that matter belongs solely to this court. Moreover, even a motion here to strike them out formally is unnecessary in this case, as this court will, upon the hearing and consideration of the main appeal, consider only the papers recited in the order there appealed from. Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

GEORGE I. SKINNER, etc., as Superintendent of Banks of the State of New York, Appellant, v. DAVID A. SULLIVAN and Others, Defendants. HERMANN H. WOLFF and Others, as Executors, etc., Respondents.— Appeal dismissed, without costs. Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concur.

GEORGE I. SKINNER, etc., as Superintendent of Banks of the State of New York, Appellant, v. DAVID A. SULLIVAN, Defendant, and LAWYERS TITLE AND TRUST COMPANY, etc., Respondent.— Appeal dismissed, without costs. Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concur.